# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00015-CV

**Matador Production Company**

**v.**

**Weatherford Artificial Lift Systems, Inc.**

(No. 07-0808 IN 71ST DISTRICT COURT OF HARRISON COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GLENDA  MOORE |
| MOTION FEE | $10.00 | E-PAID | SANDRA  SCHREIBER |
| MOTION FEE | $10.00 | E-PAID | DENISE  STILZ |
| MOTION FEE | $10.00 | E-PAID | SANDRA  SCHREIBER |
| CLERK'S RECORD | $1,087.00 | PAID | HAYNES AND BOONE, LLP |
| SUPP REPORTER'S RECORD | $150.00 | UNKNOWN | PIERCE & O'NEILL, LLP |
| SUPP REPORTER'S RECORD | $105.00 | UNKNOWN | PATTON BOGGS |
| SUPP REPORTER'S RECORD | $82.25 | UNKNOWN | PATTON BOGGS |
| MOTION FEE | $10.00 | E-PAID | DENISE  STILZ |
| REPORTER'S RECORD | $3,250.50 | PAID | PATTON BOGGS, LLP |
| INDIGENT | $25.00 | E-PAID | DENISE  STILZ |
| FILING | $100.00 | E-PAID | DENISE  STILZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | DENISE  STILZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | DENISE  STILZ |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this June 12, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy